Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





ARIA EMMA WEBER,


 Appellant,


v.


TENET HOSPITALS LIMITED, 

A TEXAS LIMITED PARTNERSHIP
D/B/A PROVIDENCE MEMORIAL
HOSPITAL,


 Appellee. 

§


 


§


 


§


 


§


 


§



§


 §

No. 08-06-00204-CV



Appeal from


327th District Court


of El Paso County, Texas


(TC # 2006-3508)






MEMORANDUM OPINION



 Pending before the Court is the parties' joint motion to dismiss the appeal with prejudice
pursuant to Tex.R.App.P. 42.1 because the parties have settled all matters in controversy. We grant
the motion and dismiss the appeal with prejudice. Pursuant to the parties' agreement, we assess
costs against the party incurring same. See Tex.R.App.P. 42.1(d).


April 19, 2007 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.

Chew, C.J., not participating